# COMPLAINT-COURT CORRUPTION/ ORGANIZED CRIME PROPERTY THEFT-Index No. 703758/2022 and Bankruptcy Court Index No. 25-45387-206

JMM

From   saemos7@proton.me <saemos7@proton.me>

To     bargnesi@rupppfalzgraf.com, dharrison@pankinlaw.com, hjaslow@goetzplatzer.com, clanza@gmail.com, rmastrogiacomo@platzerlaw.com, lfmlawyer@gmail.com, office@melalaw.com, tordesillasb@finance.nyc.gov, suprememediation@aol.com, jesposit@nycourts.gov, mgrays@nycourts.gov, jzayas@nycourts.gov, atrust@nycourts.gov, jmm_hearings@nyeb.uscourts.gov, qscpart4@nycourts.gov, apheffer@nycourts.gov, saaedmoslem@hotmail.com, saemos7@proton.me, astorders@nyeb.uscourts.gov, qscpart17@nycourts.gov, cscp1@nycourts.gov, mmacco@maccolaw.com

Date   Thursday, January 22nd, 2026 at 1:35 PM

RECEIVED 2026 JAN 23 P 12: 15 U.S. BANKRUPTCY COURT EASTERN DISTRICT OF NEW YORK QUEENS

**COMPLAINT**
**Name: Mehdi Moslem**
**Email Address: saemos7@proton.me & saaedmoslem@hotmail.com**
**Case Caption: MMG INVESTMENTS III, LLC v. ACCEL MOTORS INC. et al**
**Judge: Joseph Esposito**
**Queens County Supreme Court Index No. 703758/2022 AND Bankruptcy Court Index No. 25-45387-206 Chapter 13.**
**Issue: As stated below.**

Dear Judge Joseph Zayas, Judge Marguerite Grays, Judge Alan Trust, Judge Joseph Esposito, Judge Jil Mazor-Marino, and Court Officials,

FORMAL COMPLAINT AND DEMAND FOR INVESTIGATION

RE: Egregious Court Fraud, Document Falsification, and Systematic Property Theft

*Queens County Supreme Court Index No. 703758/2022*
*Eastern District Bankruptcy Court Index No. 25-45387-206 Chapter 13*

Case: MMG INVESTMENTS III, LLC v. ACCEL MOTORS INC., et al.

## INTRODUCTION AND STATEMENT OF AUTHORITY

I, MEHDI MOSLEM, submit this formal Complaint to the Honorable Judges, Court Officials, and relevant

authorities. This Complaint documents systematic fraud, criminal document falsification, attorney collusion, and organized property theft occurring within the New York court system.

I am filing this Complaint pursuant to my rights under New York law and submit it to:

The Honorable Judge Joseph Zayas
The Honorable Judge Marguerite Grays
The Honorable Judge Alan Trust
The Honorable Judge Joseph Esposito
The Honorable Judge Jil Mazor-Marino
All Court Officials
The Eastern District Federal Bankruptcy Court

This is not an ex parte communication. All attorneys of record have been provided notice of this filing for complete transparency.

## EXECUTIVE SUMMARY: THE ARCHITECTURE OF FRAUD

What follows is documentary evidence of an extensive criminal scheme operating within New York's judicial system. The evidence reveals:

Complete Case Fabrication: The underlying civil case (Index 703758/2022) does not legally exist beyond the initial "Summons & Complaint" because no legally valid "Affidavit of Service" was ever filed.

Systematic Document Falsification: Court documents are being illegally altered after filing into NYSCEF, with the falsified versions kept hidden in the Court Internal Case Management System and provided to judges instead of authentic versions.

Attorney Collusion and Fraud: Multiple attorneys have deliberately violated New York law by failing to file required "Notices of Appearance," yet continue filing fraudulent documents into NYSCEF to create the illusion of a valid case.

Motion Manipulation: All motions in this case contain a deliberate "ZERO" prefix (e.g., "Motion #001" instead of "Motion #1"), a known corrupt filing tactic that prevents these motions from existing in the Court Internal Case Management System. These fabricated Motions do not follow any legal procedure or timeline but are manipulated and fraudulent.

Selective Judicial Denial: All defendant pro se motions have been systematically declined or left without decisions for six months to one year, while plaintiff motions receive decisions—a clear violation of due process.

Organized Crime Connection: This case exemplifies a pattern of fraudulent property seizures related to

NYPD involvement in child sex trafficking, as correlated by former NYPD Commissioner Thomas Donlon, multiple resigned Chief Officers, Former NYPD attorney Amy Litwin, along with extensive public knowledge and reporting.

## SYSTEMIC CORRUPTION: THE DOCUMENTARY EVIDENCE

The Fatal Flaw: Invalid "Affidavit of Service"

Legal Requirements

Under New York law and NYSCEF protocols, every civil case requires:

A "Summons & Complaint" is filed by the attorney of record.

A legally valid "Affidavit of Service" must be filed into NYSCEF by the attorney or record of by an attorney who has previously filed a "Notice of Appearance" onto the case.

A "Notice of Appearance" is required to be filed as per the NY law and for system recognition in both NYSCEF and the Court Internal Case Management System.

If the attorney does not file a "Notice of Appearance" in NYSCEF they are not found correlated with the case nor do their filings exist as such in the Court Internal System including but not limited to the Court Internal Case Management System and Courtnet.

If the attorney does not file a "Notice of Appearance" in NYSCEF they are not legally on the case and their filings are illegal, invalid, and fraudulent.

Consenting onto the the the case in NYSCEF and or filing a Statement of Authorization for Electronic Filing and or filing a "Consent to Change Counsel" does NOT qualify or equal a "Notice of Appearance".

The critical requirement: The attorney filing the "Affidavit of Service" MUST be the same attorney of record OR must have filed a separate "Notice of Appearance" into NYSCEF establishing their legal standing on the case and system recognition.

### The Fraud

In the present case:

Attorney of Record: Robert Mastrogiacomo ( only listed attorney on the Summons & Complaint)

Who filed the Affidavit of Service: Attorney Howard Jaslow from a different law firm (NYSCEF Dkt #4)

Notice of Appearance filed by Jaslow: NONE - NEVER FILED

Timeline of Deception: Attorney Jaslow filed the "Affidavit of Service" (Dkt #4) THEN filed a "Statement of Authorization for Electronic Filing" (Dkt #5), attempting to create the false appearance of proper standing

Why This Matters: Complete Case Invalidity

Legally, this case does not exist. The "Affidavit of Service" is the document that permits a case to proceed. Without a valid "Affidavit of Service":

- The case remains stuck at the "Summons & Complaint" stage in the Court Internal Case Management System
- The case cannot legally progress to motions
- Any subsequent motions are fabricated
- Any decisions issued are fraudulent

By intentionally failing to file a "Notice of Appearance," Attorney Jaslow ensured his filings would not legally correlate with the case in either NYSCEF or the Court Internal System. This was intentional and enabled the fraudulent case fabrication that followed.

## **Corroborating Legal Violations**

New York law explicitly requires:

NYSCEF Rules: All attorneys must file a "Notice of Appearance" as required by the NY law and for system recognition and legal correlation. Consent to Change Attorney does not substitute for a "Notice of Appearance". After changing attorneys they must file a "Notice of Appearance" into NYSCEF as it is mandatory for system recognition.

- **Mandatory E-Filing Steps:** Under NYSCEF administrative orders incoming attorneys must:

- File the **Consent to Change Attorney** (signed by the party and the retiring attorney). Promptly file a **Notice of Appearance**. Electronically "Record Consent/Representation" to ensure the internal court docket updates your status as the active counsel.

CPLR: Every Summons & Complaint and every motion requires an "Affidavit of Service" is filed into NYSCEF. The "Affidavit of Service" must be entered into NYSCEF by the attorney of record or an attorney that already filed a legal "Notice of Appearance" onto the case.

Court Rules: Consenting onto the case in NYSCEF and or a "Statement of Authorization for Electronic Filing" and or "Consent to Change Counsel" does NOT and cannot substitute for a "Notice of Appearance"

Every attorney knows this. The deliberate failure to comply reveals criminal intent and collusion.

## **Motion Manipulation: The "ZERO" Tactic**

## What the Evidence Shows

Every single motion in this case bears a fraudulent "ZERO" prefix:

"Motion #001" instead of "Motion #1"
"Motion #002" instead of "Motion #2"
Every subsequent motion contains this prefix

This is not a clerical error. This is a known corrupt filing tactic extensively documented by other victims and included in over 1,000 pages of court corruption evidence previously submitted to Judge Joseph Zayas.

## What This Means in the Court System

Motions with a ZERO prefix do not exist in the Court Internal Case Management System.

The Court Internal Case Management System is the actual controlling system. NYSCEF is the public-facing interface. When a motion is filed with a "ZERO" prefix:

It does NOT legally exist in the Court's operating system
It cannot receive a legitimate decision
It provides a mechanism for fabricating fraudulent "decisions"
It allows false case narratives to play out in NYSCEF while remaining legally non-existent

## Proof: The Motion Sequence Problem

This case stopped at the "Summons & Complaint" in the Court Internal Case Management System because no valid "Affidavit of Service" was ever legally filed. Therefore:

In the Court Internal System: No motions exist at all
In NYSCEF (public view): Dozens of motions appear with fraudulent "ZERO" prefixes
The reason for this discrepancy: Corruption. The ZERO prefix is deliberately applied to prevent system recognition while creating false documentation for public consumption

## Attorney Collusion: Systematic "Notice of Appearance" Violations

## Pattern of Deliberate Non-Compliance

Multiple attorneys have filed documents into NYSCEF without ever filing a "Notice of Appearance", including:

| Attorney | Law Firm | Documents Filed | Notice of... | Status |
|---|---|---|---|---|

| Attorney | Law Firm | Documents Filed Examples | Notice of Appearance | Status |
|---|---|---|---|---|
| Howard Jaslow | Different firm | Affidavit of Service (Dkt #4) | NOT FILED | Invalid |
| Lawrence Morrison | Unknown | Notice of Bankruptcy (Dkt #70) | NOT FILED | Non-existent |
| Lawrence Morrison | Unknown | Notice of Bankruptcy (Dkt #81) | NOT FILED | Non-existent |
| Jeremy Weinstein | Unknown | Bond/Undertaking (Dkt #155) | NOT FILED | Fraudulent |
| David Lapa | Unknown | Consent to Change Counsel | NOT FILED | Invalid |
| Craig Lanza | Unknown | Consent to Change Counsel | NOT FILED | Fabricated |
| Joseph Quail | Unknown | Multiple documents | FILED | Fabricated |
| Patrick Binakis | Unknown | Multiple documents | FILED | Fabricated |

Why This Is Criminal Collusion

Every single one of these attorneys knows New York law. Every attorney understands NYSCEF requirements. Every attorney is aware that filing documents without a "Notice of Appearance" makes those filings:

Legally invalid

Not recognized in the Court Internal System

Subject to removal and disciplinary action

Yet they continue to file. This is not incompetence—this is organized conspiracy.

The only reason to deliberately violate this requirement is to:

Create false documentation in NYSCEF

Maintain a fabricated case narrative

Prevent legitimate case progression

Facilitate property theft

Strategic Counsel Changes

The complaint also documents intentional and repeated "Consent to Change Counsel" filings (Dkt #38, #73, #95), with attorneys cycling through the case. This pattern serves to:

Obscure attorney involvement
Prevent accountability
Continue the collusion chain
Maximize plausible deniability

Systematic Document Falsification

The Technology of Fraud

Court documents filed into NYSCEF are being illegally altered after filing and processing. The evidence reveals:

NYSCEF Docket #16 - Motion (Example 1)

Filed: 9/30/2022 at 5:52 PM
Court Processed Confirmation: 9/30/2022 at 5:52 PM
Document Properties reveal alteration: 10/03/2022 at 10:21 AM
Modification occurred 3 days after filing

NYSCEF Docket #81 - Notice of Bankruptcy (Example 2)

Filed: 12/16/2024 at 5:00 PM
Court Processed Confirmation: 12/16/2024 at 5:00 PM
Document Properties reveal alteration: 12/17/2024 at 10:09 AM
Modification occurred next morning

The Mechanism of Falsification

The falsified documents are created using PDF Sharp 1.50, an outdated PDF manipulation tool specifically designed to:

Create PDF documents
Modify existing PDF documents
Merge and split PDF pages
Alter document properties without obvious detection

Alter document properties without obvious detection

This tool is deliberately applied AFTER documents are officially processed by the court.

### System Architecture for Hiding Fraud

The dual-system architecture enables massive-scale fraud:
PUBLIC VIEW (NYSCEF)
↓
Legitimate documents visible to pro se litigants
↓
HIDDEN SYSTEM (Court Internal Case Management System)
↓
Falsified documents provided to judges
↓
Judges make decisions based on fraudulent documents
↓
Pro se litigants unaware their case files differ from judges' files
Judges do not retrieve documents from NYSCEF. This has been confirmed. Instead:

> Judges receive documents via the Court Internal System
> The Court Internal System contains falsified versions of NYSCEF documents
> Pro se litigants and the public see the original NYSCEF versions
> Judges are making decisions based on fraudulent documentation

This is intentional, systematic, and criminal.

### Corroboration from Other Attorneys

Multiple attorneys not directly involved in this case (and therefore not compromised) have confirmed:

> NYSCEF documents are being falsified
> The falsified versions are kept in the Court Internal System
> Judges receive the corrupted versions
> This practice is widespread
> Some attorneys have described the court system as resembling "a third-world country"
> Attorneys report threats, blackmail, and coercion demanding allegiance to the corrupt system

### Selective Denial of Defendant Rights: Due Process Violation

The Disparity in Motion Decisions

Defendant (Pro Se) Motions:

Motion #005: NO DECISION (6+ months)
Motion #006: NO DECISION (6+ months)
Motion #008: NO DECISION (6+ months)
Motion #009: DECLINED TO SIGN
Motion #010: DECLINED TO SIGN
Motion #011: DECLINED TO SIGN
Motion #012: DECLINED TO SIGN

Result: Zero relief granted to defendant. All requests denied or left pending.

Plaintiff Motions:

Motion #001: DECISION GRANTED
Motion #002: DECISION GRANTED
Motion #004: DECISION GRANTED
Motion #007: DECISION GRANTED

Result: Every plaintiff motion receives prompt, favorable decisions.

Why This Pattern Is Impossible Without Corruption

In a legitimate court system, there is no mechanism by which:

All defendant motions systematically receive no decisions for 6+ months
All defendant OTSC requests are declined
All plaintiff motions receive favorable decisions
This pattern continues across multiple judges

This pattern is mathematically and legally impossible without intentional, systematic obstruction.

The Affidavit of Service Problem Creates a System Conflict

The defendant's pro se motions include properly filed "Affidavits of Service" (as required by law). This creates a system conflict:

The Court Internal Case Management System recognizes the legitimate pro se motions with valid Affidavits of Service
But this case doesn't legally exist in the Court Internal System (no valid Affidavit of Service for the underlying case)

The system becomes "confused" when the defendant files legitimate motions with affidavits in an illegitimate case

Rather than address the underlying fraud, the court simply declines/denies all defendant relief

This is obstruction of justice masquerading as administrative procedure.

## CONTEXTUAL EVIDENCE: NYPD CORRUPTION AND ORGANIZED CRIME

### Recent NYPD Corruption Disclosures

The following events have occurred in the past six months:

***July 2025***: Former NYPD Commissioner Thomas Donlon

Former NYPD Commissioner Thomas Donlon filed a lawsuit publicly characterizing the NYPD as:

A "criminal enterprise"

"Criminal at its core"

This is the most senior official in NYPD history to make such allegations.

July 2025: Four Resigned Chief Officers

Four former Chief NYPD Officers filed separate lawsuits and resigned, including specific allegations:

Chief Officer Essig: Documented a high number of "unvetted transfers" of detectives into the Special Victims Unit (which investigates child sex crimes)

These unvetted officers had undisclosed disqualifying factors:

Criminal histories

Prior terminations from other agencies

Other red flags

The implication: Unvetted officers with criminal backgrounds were deliberately placed into the sex crimes unit.

***August 2025***: NYPD Attorney Corruption Lawsuit

Former NYPD Attorney Amy Litwin filed a corruption lawsuit against the department.

***2024***: $200 Million in Misconduct Payouts

In 2024 alone, the NYPD paid out over $200 million in lawsuits and claims for officer misconduct.

***July 2025***: Judge Blocks NYPD Officer Terminations

A judge blocked the NYPD from terminating officers who were discovered to have:

Undisclosed criminal histories
Disqualifying job termination records
Other disqualifying factors

These officers were hired and kept despite these disqualifications.

The Property Connection

All of this corruption correlates directly with:

Surge in unlawful property possession
Fraudulent foreclosures
Illegal evictions of elderly property owners
Properties being seized under false legal proceedings

The pattern is unmistakable: Properties are being stolen to facilitate undisclosed criminal enterprises, including child sex trafficking.

Court Complicity

Multiple witnesses and attorneys report:

The courts are involved with NYPD criminal enterprise
The courts are colluding to steal property
The NYPD controls the courts
Court corruption is systematic, not isolated

This case is one example of a massive pattern.

THE CASE IN QUESTION: COMPLETE FRAUD FROM INCEPTION

Underlying Facts

Case: MMG INVESTMENTS III, LLC v. ACCEL MOTORS INC., et al.
Forum: Queens County Supreme Court, Index No. 703758/2022
Parties: Multiple, including defendant Mehdi Moslem
Nature: Alleged commercial dispute
Real Nature: Fraudulent property seizure scheme

Complete Timeline of Illegality

Summons & Complaint Filed: Signed only by Attorney Robert Mastrogiacomo (attorney of record)

Affidavit of Service Filed by Wrong Attorney: Attorney Howard Jaslow (different firm) files Affidavit of Service without filing Notice of Appearance

Invalid Case Foundation: Case remains incomplete in Court Internal System at the "Summons & Complaint" stage—cannot legally proceed without valid Affidavit of Service

Fraudulent Motions Begin: Attorneys file multiple motions with fraudulent "ZERO" prefixes, each filing attorney violating the "Notice of Appearance" requirement

Document Falsification: NYSCEF documents altered after filing, with falsified versions kept hidden from defendant but provided to judges

Selective Motion Denial: All defendant motions denied or left without decision; all plaintiff motions granted

Bankruptcy Filing: Defendant forced into bankruptcy due to fraudulent litigation; fraudulent bankruptcy case number assigned (ending in "206" code assigned for fabricated cases)

Continuation Despite Invalidity: Case continues despite being legally non-existent, pursuing property seizure through fraudulent proceedings

## IMPACT AND URGENCY

I am an elderly man who has been subjected to years of cruel, fraudulent litigation abuse. This is not a minor procedural dispute—this is systematic theft through criminal fraud.

The evidence in this case is:

Undeniable: Document properties, motion sequences, filing records all prove fraud
Comprehensive: Over 1,000 pages of corroborating evidence previously submitted
Replicated: Identical fraud tactics applied to other victims with identical results
Systemic: Court employees, judges, attorneys, marshals, and NYPD all participating

The Broader Crisis

Thousands of property owners have been subjected to identical fraud. Many victims report:

Illegal evictions
Property seized through fraudulent court proceedings

Properties used for criminal purposes including child trafficking

Complete loss of homes and savings

Inability to obtain justice through the corrupted court system

This is not a civil dispute. This is organized crime.

LEGAL OBLIGATIONS AND DEMAND

Under New York law, judges and court officials are legally obligated to:

Report fraud to authorities

Report criminal activity to appropriate law enforcement

Report bribery, corruption, and collusion

Investigate violations of judicial procedure

There is no judicial immunity for criminal activity.

The Record Is Clear

The Court and all officials now have:

Detailed factual allegations of fraud

Documentary evidence of falsification

Proof of attorney collusion

Evidence of systematic obstruction of justice

Connection to organized crime

Prior similar complaints from other victims

Confirmation of corruption from uncompromised attorneys

The evidence is overwhelming, undeniable, and documented.

**FORMAL DEMANDS**

Immediate Investigation: Full investigation into all allegations in this complaint

Case Invalidity: Formal finding that Index 703758/2022 is legally non-existent due to invalid Affidavit of Service with the Summons & Complaint

Document Review: Complete audit of all NYSCEF documents vs. Court Internal System documents to identify all falsifications. NY Jud 255 request honored and-Clerk must search and certify all dockets and records to report all versions of the documents found. Judges to be required to check public

NYSCEF docket for all Motion Documents and verify Decisions in NYSCEF. Judges to be responsible for due process and to authenticate documents.

Attorney Discipline: Referral to Bar Counsel, Grievance, for disciplinary proceedings against all attorneys who violated "Notice of Appearance" requirements, collusion, etc.

Motion Manipulation Investigation: Investigation into the "ZERO" prefix tactic and all involved parties

Law Enforcement Referral: Referral to state and federal law enforcement for criminal investigation

Judicial Review: Independent judicial review of all decisions issued in this case, issued by judges other than those named

Bankruptcy Court: Investigation into fraudulent bankruptcy case (Index 25-45387-206). As confirmed the "206" indicates the Bankruptcy case is fraudulent and specially assigned to hide the Supreme Court egregious fraud.

Automatic Stay Relief/ Dispose: Complete and permanent relief from invalid court proceedings

Property Restoration: Restoration of all property rights and cessation of unlawful possession attempts

The documentary evidence attached hereto proves each and every allegation contained herein. I have personally verified all case numbers, NYSCEF docket references, motion numbers, and filing dates. I have reviewed document properties and timestamps. I have compared NYSCEF versions with Court Internal System versions and documented the falsifications.
I am prepared to provide testimony, further documentation, and assist with the investigation.

Respectfully submitted,
MEHDI MOSLEM
**See below the NYSCEF DKt #1 Summons and Complaint that is only signed by Attorney of Record Robert Mastrogiacomo.**

| **FILED: QUEENS COUNTY CLERK 02/18/2022 11:10 AM** | INDEX NO. 703758/2022 |
| --- | --- |
| NYSCEF DOC. NO. 1 | RECEIVED NYSCEF: 02/18/2022 |

**THIS MATTER DOES NOT INVOLVE A RESIDENTIAL MORTGAGE**

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF QUEENS

File No. 21068-N0006

CIO MW LOAN 1, LLC,

        *Plaintiff,*

Index No.:

   - against -

*SUMMONS*

ACCEL MOTORS INC.; FULTON STREET 11114, INC.; MEHDI MOSLEM; HAMILTON EQUITY GROUP LLC; HSBC BANK USA NATIONAL ASSOCIATION; NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE; OWEMANCO MORTGAGE HOLDING CORPORATION; NEW YORK CITY DEPARTMENT OF FINANCE; NEW YORK CITY ENVIRONMENTAL CONTROL BOARD;

- and -

JOHN DOES "1" – "10" and XYZ CORPORATION "1" - "10", said names being fictitious, parties intended being possible tenants or occupants of premises,

*Defendants.*

Plaintiff's Address:
3144 South Winton Road
Rochester, NY 14623

Basis of Venue:
Location of property
being foreclosed

To The Above Named Defendant(s):

**YOU ARE HEREBY SUMMONED** to answer the complaint in this action and to serve a copy of your answer, or, if the complaint is not served with this summons, to serve a notice of appearance, on the Plaintiff's Attorney(s) within 20 days after the service of this summons, exclusive of the day of service (or within 30 days after the service is complete if this summons is not personally delivered to you within the State of New York); and in case of your failure to appear or answer, judgment will be taken against you by default for the relief demanded in the complaint.

Dated: New York, NY
February 17, 2022

*PLATZER, SWERGOLD,
GOLDBERG, KATZ & JASLOW, LLP*

By: /s/ Robert J. Mastrogiacomo
Robert J. Mastrogiacomo
475 Park Avenue South, 18th Floor
New York, NY 10016
(212) 593-3000
*Counsel for Plaintiff*

SEE COMPLAINT ONLY SIGNED BY ATTORNEY ROBERT MASTROGIACOMO

G.    That Plaintiff may have such other and further relief as the Court may deem just and proper.

Dated: New York, New York
February 17, 2022

**PLATZER, SWERGOLD,**
**GOLDBERG, KATZ & JASLOW, LLP**
Attorneys for Plaintiff

_/s/ Robert J. Mastrogiacomo_
Robert Mastrogiacomo
475 Park Avenue South, 18th Floor
New York, New York 10016
(212) 593-3000

SEE BELOW NYSCEF DOCUMENT LIST SHOWING ATTORNEY HOWARD JASLOW FILING THE
AFFIDAVIT OF SERVICE FOR THE SUMMONS & COMPLAINT. ATTORNEY JASLOW NEVER FILED A
NOTICE OF APPEARANCE AND THEREFORE HIS AFFIDAVIT OF SERVICE DOES NOT EXIST LEGALLY IN
NYSCEF OR IN THE COURT INTERNAL CASE MANAGEMENT SYSTEM. FIRST ATTORNEY JASLOW
FILED AN AFFIDAVIT OF SERVICE IN NYSCEF DKT #4 AND THEN THE STATEMENT OF
AUTHORIZATION FOR ELECTRONIC FILING. A STATEMENT OF AUTHORIZATION FOR ELECTRONIC
FILING DOES NOT EQUAL OR QUALIFY AS A NOTICE OF APPEARANCE. ATTORNEY OF RECORD
ROBERT MASTROGIACOMO SHOULD HAVE FILED THE AFFIDAVIT OF SERVICE BUT HE PURPOSELY
DID NOT. THIS CASE IN REALITY IS ONLY AT THE SUMMONS & COMPLAINT STAGE.



Skip To: *Content* *Navigation*

**Home**
*NYSCEF*

Home
*Unrepresented Litigants*

**Account**

Create an Account

Login

Search as Guest

**Resources**

Forms

Authorized Courts

Available Documents

Rules & Legislation

Protocols

## 703758/2022 - Queens County Supreme Court  🔵 Help



Short Caption: **MMG INVESTMENTS III, LLC v. ACCEL MOTORS INC. et al**
Case Type: **Real Property - Mortgage Foreclosure - Commercial**
Case Status: **Stayed-Court Date/Application Pending**
eFiling Status: **Partial Participation Recorded**
Assigned Judge: **Joseph Esposito**

**Audrey I. Pheffer**
*Queens County Clerk and Clerk of the Supreme Court*

**Queens County Clerk's Office**
89-11 Sutphin Blvd.
Jamaica, NY 11435
718-298-0173, 718-298-0601
*qccefile@nycourts.gov*

**Erika Louis**
*Administrator*

**Christine Cheng**
*Supervisor*



**Document List**  | Case Detail |

📄 Print Document List

### Narrow By Options

| | | | |
|---|---|---|---|
| Document Type: | ○ | Filed By: | ○ |
| Motion Info: | ○ | Filed Date: | ▦ thru ▦ |
| Document #: | | | |

| Narrow Document List | Clear |  📁 Show Motion Folders ONLY

Welcome to the Queens County Clerk's E-filing program of the New York State Courts Electronic Filing System NYSCEF
*Queens County Clerk Website*

Sort By: Document # ○ | Sort |

Page: 1 2 3 >> Last

| # | Document | Filed By | Status |
|---|---|---|---|
| 1 | SUMMONS + COMPLAINT | MASTROGIACOMO, ROBERT J Filed: 02/18/2022 Received: 02/18/2022 | **Processed** Confirmation Notice |
| 2 | EXHIBIT(S) - A-T *Exhibits A to T* | MASTROGIACOMO, ROBERT J Filed: 02/18/2022 Received: 02/18/2022 | **Processed** Confirmation Notice |
| 3 | NOTICE OF PENDENCY | MASTROGIACOMO, ROBERT J Filed: 02/18/2022 Received: 02/18/2022 | **Processed** Confirmation Notice |
| 4 | AFFIRMATION/AFFIDAVIT OF SERVICE | JASLOW, HOWARD M Filed: 02/24/2022 Received: 02/24/2022 | **Processed** Confirmation Notice |
| 5 | STATEMENT OF AUTHORIZATION FOR ELECTRONIC FILING | JASLOW, HOWARD M Filed: 02/24/2022 Received: 02/24/2022 | **Processed** Confirmation Notice |
| 6 | AFFIRMATION/AFFIDAVIT OF SERVICE | JASLOW, HOWARD M Filed: 03/07/2022 Received: 03/07/2022 | **Processed** Confirmation Notice |
| 7 | AFFIRMATION/AFFIDAVIT OF SERVICE | JASLOW, HOWARD M Filed: 03/14/2022 Received: 03/14/2022 | **Processed** Confirmation Notice |
| 8 | AFFIRMATION/AFFIDAVIT OF SERVICE | JASLOW, HOWARD M Filed: 03/22/2022 Received: 03/22/2022 | **Processed** Confirmation Notice |
| 9 | AFFIRMATION/AFFIDAVIT OF SERVICE | JASLOW, HOWARD M Filed: 03/22/2022 Received: 03/22/2022 | **Processed** Confirmation Notice |
| 10 | AFFIRMATION/AFFIDAVIT OF SERVICE | JASLOW, HOWARD M Filed: 03/22/2022 Received: 03/22/2022 | **Processed** Confirmation Notice |
| 11 | AFFIRMATION/AFFIDAVIT OF SERVICE | JASLOW, HOWARD M Filed: 03/31/2022 Received: 03/31/2022 | **Processed** Confirmation Notice |
| 12 | AFFIRMATION/AFFIDAVIT OF SERVICE | JASLOW, HOWARD M Filed: 04/11/2022 Received: 04/11/2022 | **Processed** Confirmation Notice |
| 13 | AFFIRMATION/AFFIDAVIT OF SERVICE | JASLOW, HOWARD M Filed: 05/27/2022 Received: 05/27/2022 | **Processed** Confirmation Notice |
| 14 | NOTICE OF APPEARANCE (PRE RJI) | BARGNESI, JACK ANTHONY Filed: 06/03/2022 | **Processed** Confirmation Notice |

**SEE BELOW DOCUMENT LIST THAT ALSO SHOWS THERE WAS NO NOTICE OF APPEARANCE FILED FOR ATTORNEY JASLOW. THIS WAS INTENTIONAL TO ALLOW FOR A COMPLETELY FABRICATED CASE TO PROCEED.**

NYSCEF

Queens County Supreme Court

**Document List**

**Index # 703758/2022**

Created on:01/19/2026 10:15 AM

Case Caption: **MMG INVESTMENTS III, LLC v. ACCEL MOTORS INC. et al**

Judge Name: **Joseph Esposito**

| Doc# | Document Type/Information | Status | Date Received | Filed By |
|------|--------------------------|--------|---------------|----------|
| 1 | SUMMONS + COMPLAINT | Processed | 02/18/2022 | Mastrogiacomo, R. |
| 2 | EXHIBIT(S) - A-T<br>Exhibits A to T | Processed | 02/18/2022 | Mastrogiacomo, R. |
| 3 | NOTICE OF PENDENCY | Processed | 02/18/2022 | Mastrogiacomo, R. |
| 4 | AFFIRMATION/AFFIDAVIT OF SERVICE | Processed | 02/24/2022 | Jaslow, H. - filed by AAA Attorney Service Co of NY |
| 5 | STATEMENT OF AUTHORIZATION FOR ELECTRONIC FILING | Processed | 02/24/2022 | Jaslow, H. - filed by AAA Attorney Service Co of NY |
| 6 | AFFIRMATION/AFFIDAVIT OF SERVICE | Processed | 03/07/2022 | Jaslow, H. - filed by AAA Attorney Service Co of NY |
| 7 | AFFIRMATION/AFFIDAVIT OF SERVICE | Processed | 03/14/2022 | Jaslow, H. - filed by AAA Attorney Service Co of NY |
| 8 | AFFIRMATION/AFFIDAVIT OF SERVICE | Processed | 03/22/2022 | Jaslow, H. - filed by AAA Attorney Service Co of NY |
| 9 | AFFIRMATION/AFFIDAVIT OF SERVICE | Processed | 03/22/2022 | Jaslow, H. - filed by AAA Attorney Service Co of NY |
| 10 | AFFIRMATION/AFFIDAVIT OF SERVICE | Processed | 03/22/2022 | Jaslow, H. - filed by AAA Attorney Service Co of NY |
| 11 | AFFIRMATION/AFFIDAVIT OF SERVICE | Processed | 03/31/2022 | Jaslow, H. - filed by AAA Attorney Service Co of NY |
| 12 | AFFIRMATION/AFFIDAVIT OF SERVICE | Processed | 04/11/2022 | Jaslow, H. - filed by AAA Attorney Service Co of NY |
| 13 | AFFIRMATION/AFFIDAVIT OF SERVICE | Processed | 05/27/2022 | Jaslow, H. - filed by AAA Attorney Service Co of NY |
| 14 | NOTICE OF APPEARANCE (PRE RJI) | Processed | 06/03/2022 | Bargnesi, J. |
| 15 | NOTICE OF APPEARANCE (PRE RJI) | Processed | 06/06/2022 | Tordesillas, B. |
| 16 | NOTICE OF MOTION (Motion #001) | Processed | 09/30/2022 | Mastrogiacomo, R. |
| 17 | AFFIDAVIT OR AFFIRMATION IN SUPPORT OF MOTION (Motion #001) | Processed | 09/30/2022 | Mastrogiacomo, R. |
| 18 | EXHIBIT(S) - A (Motion #001)<br>Allonge Endorsement to Consolidated Note and Note #4 | Processed | 09/30/2022 | Mastrogiacomo, R. |

| 19 | EXHIBIT(S) - B (Motion #001) | Processed | 09/30/2022 | Mastrogiacomo, R. |
|----|------------------------------|-----------|------------|-------------------|
|    | Assignment of Consolidated Mortgage and | | | |

Page 1 of 11

**PUBLIC INFORMATION REGARDING SYSTEM RECOGNITION AND IMPORTANCE OF "NOTICE OF APPEARANCE"- SEE BELOW**

No, a **Consent to Change Attorney** does not replace the requirement to file a **Notice of Appearance** or record your representation on NYSCEF. While the forms are related, they serve different procedural and jurisdictional functions in New York courts.

- **NYSCEF Registration:** Simply e-filing a consent form does not automatically link you to the case in the internal system. You must separately "Record Representation" on the NYSCEF website to receive electronic notifications and legal service.

- **Notice of Appearance vs. Consent:** A **Notice of Appearance** is a formal document filed under CPLR 320 that establishes a party's participation in the lawsuit and can impact jurisdictional defenses. A **Consent to Change Attorney** is a specific filing under CPLR 321(b) used to transition representation from one firm to another.

- **Mandatory E-Filing Steps:** Under NYSCEF administrative orders incoming attorneys must:

- File the **Consent to Change Attorney** (signed by the party and the retiring attorney). Promptly file a **Notice of Appearance**. Electronically "Record Consent/Representation" to ensure the internal court docket updates your status as the active counsel.

**Key Distinction: Recording your "Consent/Representation" on NYSCEF is a technical step for the e-filing system; it does *not* constitute a formal Notice of Appearance for jurisdictional purposes.**

- **SEE BELOW NYSCEF DKT #16. THIS IS THE FIRST FRAUDULENT MOTION FILED AGAINST ME. SEE THE STAMP OF DATE AND TIME OF 9/30/2022 AT 5:52 PM**

FILED: QUEENS COUNTY CLERK 09/30/2022 05:52 PM
NYSCEF DOC. NO. 16

INDEX NO. 703758/2022
RECEIVED NYSCEF: 09/30/2022

THIS MATTER DOES NOT INVOLVE A RESIDENTIAL MORTGAGE

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF QUEENS

File No. 21068-N0006

CIO MW LOAN 1, LLC,

*Plaintiff,*

Index No.: 703758/2022

- against -

ACCEL MOTORS INC.; FULTON STREET 11114, INC.; MEHDI MOSLEM; HAMILTON EQUITY GROUP LLC; HSBC BANK USA NATIONAL ASSOCIATION; NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE; OWEMANCO MORTGAGE HOLDING CORPORATION; NEW YORK CITY DEPARTMENT OF FINANCE; NEW YORK CITY ENVIRONMENTAL CONTROL BOARD;

**THIS IS A COMMERCIAL MORTGAGE; EXEMPT FROM CPLR §3408**

- and -

JOHN DOES "1" – "10" and XYZ CORPORATION "1" - "10", said names being fictitious, parties intended being possible tenants or occupants of premises,

*Defendants.*

---

**PLEASE TAKE NOTICE** that upon the annexed Affirmation of Robert Mastrogiacomo dated September 30, 2022, the affidavit of Timothy P. Sheehan sworn to on September 15, 2022, the exhibits annexed thereto, and upon all of the papers and proceedings had and filed heretofore herein, the plaintiff herein, by its attorneys, PLATZER, SWERGOLD, GOLDBERG, KATZ & JASLOW, LLP, will move this Court at an IAS Part at the Courthouse thereof located at 88-11 Sutphin Boulevard, Jamaica, New York 11435, on the 21st day of October, 2022, at 9:30 a.m. or as soon thereafter as counsel may be heard for an Order:

    (A)    appointing Referee to compute the amounts due to Plaintiff for principal and interest on the mortgage that is the subject of the instant foreclosure action and to examine and report whether the mortgaged premises can be sold in once parcel;

**SEE BELOW NYSCEF DKT #16 COURT PROCESSED CONFIRMATION NOTICE WITH THE SAME DATE AND TIME OF 9/30/2022 AT 5:52 PM.**



# NYSCEF Confirmation Notice
## Queens County Supreme Court



The NYSCEF website has received an electronic filing on 09/30/2022 05:52 PM. Please keep this notice as a confirmation of this filing.

**703758/2022**
**MMG INVESTMENTS III, LLC v. ACCEL MOTORS INC. et al**
**Assigned Judge: Joseph Esposito**

**Documents Received on 09/30/2022 05:52 PM**

| Doc # | Document Type |
|---|---|
| 16 | NOTICE OF MOTION, Motion #001 |
| 17 | AFFIDAVIT OR AFFIRMATION IN SUPPORT OF MOTION, Motion #001 |
| 18 | EXHIBIT(S) A, Motion #001 |
| 19 | EXHIBIT(S) B, Motion #001 |
| 20 | AFFIRMATION / AFFIDAVIT OF REGULARITY, Motion #001 |
| 21 | EXHIBIT(S) 1, Motion #001 |
| 22 | EXHIBIT(S) 2, Motion #001 |
| 23 | EXHIBIT(S) 3, Motion #001 |
| 24 | ORDER ( PROPOSED ), Motion #001 |
| 25 | RJI -RE: NOTICE OF MOTION, Motion #001 |
| 26 | ADDENDUM - GENERAL (840A), Motion #001 |

### Filing User

ROBERT J MASTROGIACOMO | rmastrogiacomo@platzerlaw.com | 212-593-3000
475 Park Avenue South 18th Floor, New York, NY 10016

**Audrey I. Pheffer, Queens County Clerk and Clerk of the Supreme Court**
Phone: 718-298-0173, 718-298-0601     Website: https://www.nycourts.gov/COURTS/11jd/queensclerk

**NYSCEF Resource Center, nyscef@nycourts.gov**
Phone: (646) 386-3033 | Fax: (212) 401-9146 | Website: www.nycourts.gov/efile

Page 1 of 3

**SEE BELOW NYSCEF DKT #16 PROPERTIES SHOWING IT WAS ILLEGALLY CHANGED DAYS LATER ON 10/03/2022 AT 10:21 AM. THE FALSIFIED 10/03/2022 IS KEPT HIDDEN IN THE COURT INTERNAL SYSTEM AND GIVEN TO THE JUDGE INSTEAD OF THE 9/30/2022 VERSION IN NYSCEF.**



Document properties

File name:  ViewDocument
File size:  57.6 KB

Title:  SUPREME COURT OF THE STATE OF NEW YORK
Author:  robertm
Subject:  -



INDEX NO. 703758/2022
RECEIVED NYSCEF: 09/30/2022

DENTIAL MORTGAGE

File No. 21068-N0006

Keywords:              -
Created:               9/30/22, 9:19:53 PM
Modified:              10/3/22, 10:21:37 AM
Application:           Microsoft® Word for Microsoft 365

PDF producer:          GPL Ghostscript 9.52, modified using iText® 5.5.13...
PDF version:           1.4
Page count:            2
Page size:             8.50 × 11.00 in (portrait)

Fast web view:         No

Close

Index No.: 703758/2022

**NOTICE OF MOTION**

**THIS IS A COMMERCIAL MORTGAGE; EXEMPT FROM CPLR §3408**

- and -

JOHN DOES "1", "10", LXYZ CORPORATION "1"

**SEE NYSCEF DKT #81 STAMP OF DATE AND TIME 12/16/2024 AT 5:00 PM .**

FILED: QUEENS COUNTY CLERK 12/16/2024 05:00 PM

NYSCEF DOC. NO. 81

INDEX NO. 703758/2022

RECEIVED NYSCEF: 12/16/2024

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF QUEENS
------------------------------------------------------------------------X
 MMG INVESTMENTS III, LLC,

                        Plaintiff,

               -against-

ACCEL MOTORS, INC., FULTON STREET 1114,
INC., MEHDI MOSLEM, HAMILTON EQUITY
GROUP, LLC, HSBC BANK USA NATIONAL
ASSOCIATION, NEW YORK STATE
DEPARTMENT OF TAXATION AND FINANCE,
OWEMANCO MORTGAGE HOLDING
CORPORATION, NEW YORK CITY
DEPARTMENT OF FINANCE, NEW YORK CITY
ENVIRONMENTAL CONTROL BOARD,

                        Defendants.
------------------------------------------------------------------------X

Index No. 703758/2022

SUGGESTION OF
BANKRUPTCY

        PLEASE TAKE NOTICE, that on December 16, 2024, Accel Motors, Inc. filed a

voluntary petition for relief under chapter 11 of the United States Bankruptcy Code.  The

Debtor's case was assigned case number 24-45239 in the Bankruptcy Court for the Eastern

District of New York.

**SEE BELOW NYSCEF DKT #81 COURT PROCESSED CONFIRMATION NOTICE WITH THE SAME TIME AND DATE OF 12/16/2024 AT 5:00 PM.**



# NYSCEF Confirmation Notice
## Queens County Supreme Court



The NYSCEF website has received an electronic filing on 12/16/2024 05:00 PM. Please keep this notice as a confirmation of this filing.

**703758/2022**
**MMG INVESTMENTS III, LLC v. ACCEL MOTORS INC. et al**
**Assigned Judge: Joseph Esposito**

### Documents Received on   12/16/2024 05:00 PM

| Doc # | Document Type |
|---|---|
| 81 | NOTICE OF BANKRUPTCY (POST RJI) |

### Filing User

LAWRENCE F. MORRISON | lfmlawyer@gmail.com | 2126200938x1002
87 Walker Street, Second Floor, New York, NY 10013

### E-mail Service Notifications

An email regarding this filing has been sent to the following on 12/16/2024 05:00 PM:

**JACK ANTHONY BARGNESI** - bargnesi@rupppfalzgraf.com
**PARASKEVAS BINAKIS** - binakisp@gmail.com
**HOWARD M JASLOW** - hjaslow@platzerlaw.com
**CRAIG STUART LANZA** - cslanza@gmail.com
**ROBERT J MASTROGIACOMO** - rmastrogiacomo@platzerlaw.com
**LAWRENCE F. MORRISON** - lfmlawyer@gmail.com
**BERNARD JAMES TORDESILLAS** - tordesillasb@finance.nyc.gov

**Audrey I. Pheffer, Queens County Clerk and Clerk of the Supreme Court**
Phone: 718-298-0173, 718-298-0601     Website: https://www.nycourts.gov/COURTS/11jd/queensclerk

**NYSCEF Resource Center, nyscef@nycourts.gov**
Phone: (646) 386-3033 | Fax: (212) 401-9146 | Website: www.nycourts.gov/efile

Page 1 of 2

**SEE BELOW NYSCEF DKt #81 PROPERTIES SHOWING IT WAS ILLEGALLY CHANGED THE NEXT DAY AT 10:09 AM. THEY USED THE PDF SHARP 1.50 THAT PERMITS THE DOCUMENT TO BE COMPLETELY CHANGED AFTER IT IS PROCESSED AND FILED INTO NYSCEF.**



**SEE BELOW HOW THE MOTIONS ALL HAVE ZEROES IN FRONT OF THEM. THEY DO NOT EXIST IN THE COURT INTERNAL CASE MANAGEMENT SYSTEM AND THIS IS A COMPLETELY FRAUDULENT AND MANIPULATED MOTION. ALL OF THEM ARE.**

ANTHONY
Filed: 06/03/2022
Received: 06/03/2022

| 15 | NOTICE OF APPEARANCE (PRE RJI) | TORDESILLAS, BERNARD JAMES<br>Filed: 06/06/2022<br>*Received: 06/06/2022* | **Processed**<br>Confirmation Notice |
|----|----|----|----|
| 16 | NOTICE OF MOTION (Motion #001) | MASTROGIACOMO, ROBERT J<br>Filed: 09/30/2022<br>*Received: 09/30/2022* | **Processed**<br>Confirmation Notice |
| 17 | AFFIDAVIT OR AFFIRMATION IN SUPPORT OF MOTION (Motion #001) | MASTROGIACOMO, ROBERT J<br>Filed: 09/30/2022<br>*Received: 09/30/2022* | **Processed**<br>Confirmation Notice |
| 18 | EXHIBIT(S) - A (Motion #001)<br>*Allonge Endorsement to Consolidated Note and Note #4* | MASTROGIACOMO, ROBERT J<br>Filed: 09/30/2022<br>*Received: 09/30/2022* | **Processed**<br>Confirmation Notice |
| 19 | EXHIBIT(S) - B (Motion #001)<br>*Assignment of Consolidated Mortgage and Mortgage #4* | MASTROGIACOMO, ROBERT J<br>Filed: 09/30/2022<br>*Received: 09/30/2022* | **Processed**<br>Confirmation Notice |
| 20 | AFFIRMATION / AFFIDAVIT OF REGULARITY (Motion #001)<br>*Affirmation of Regularity* | MASTROGIACOMO, ROBERT J<br>Filed: 09/30/2022<br>*Received: 09/30/2022* | **Processed**<br>Confirmation Notice |
| 21 | EXHIBIT(S) - 1 (Motion #001)<br>*Summons and Complaint and Notice of Pendency* | MASTROGIACOMO, ROBERT J<br>Filed: 09/30/2022<br>*Received: 09/30/2022* | **Processed**<br>Confirmation Notice |
| 22 | EXHIBIT(S) - 2 (Motion #001)<br>*Affidavits of Service* | MASTROGIACOMO, ROBERT J<br>Filed: 09/30/2022<br>*Received: 09/30/2022* | **Processed**<br>Confirmation Notice |
| 23 | EXHIBIT(S) - 3 (Motion #001)<br>*Notices of Appearance - Hamilton Equity Group and NYC Dept. of Finance* | MASTROGIACOMO, ROBERT J<br>Filed: 09/30/2022<br>*Received: 09/30/2022* | **Processed**<br>Confirmation Notice |
| 24 | ORDER ( PROPOSED ) (Motion #001)<br>*Proposed Order of Reference* | MASTROGIACOMO, ROBERT J<br>Filed: 09/30/2022<br>*Received: 09/30/2022* | **Processed**<br>Confirmation Notice |
| 25 | RJI -RE: NOTICE OF MOTION (Motion #001) | MASTROGIACOMO, ROBERT J<br>Filed: 09/30/2022<br>*Received: 09/30/2022* | **Processed**<br>Confirmation Notice |
| 26 | ADDENDUM - GENERAL (840A) (Motion #001) | MASTROGIACOMO, ROBERT J<br>Filed: 09/30/2022<br>*Received: 09/30/2022* | **Processed**<br>Confirmation Notice |
| 27 | NOTICE OF MOTION (Motion #002) | MASTROGIACOMO, ROBERT J<br>Filed: 11/28/2022<br>*Received: 11/28/2022* | **Processed**<br>Confirmation Notice |
| 28 | AFFIDAVIT OR AFFIRMATION IN SUPPORT OF MOTION (Motion #002)<br>*Affidavit in Support of Motion for Order of Reference* | MASTROGIACOMO, ROBERT J<br>Filed: 11/28/2022<br>*Received: 11/28/2022* | **Processed**<br>Confirmation Notice |
| 29 | EXHIBIT(S) - A (Motion #002)<br>*Allonge Endorsement to Consolidated Note and Note #4* | MASTROGIACOMO, ROBERT J<br>Filed: 11/28/2022<br>*Received: 11/28/2022* | **Processed**<br>Confirmation Notice |
| 30 | EXHIBIT(S) - B (Motion #002)<br>*Assignment of Consolidated Mortgage and Mortgage #4* | MASTROGIACOMO, ROBERT J<br>Filed: 11/28/2022<br>*Received: 11/28/2022* | **Processed**<br>Confirmation Notice |
| 31 | AFFIDAVIT OR AFFIRMATION IN SUPPORT OF MOTION (Motion #002)<br>*Affirmation of Regularity in Support of Motion for Order of Reference* | MASTROGIACOMO, ROBERT J<br>Filed: 11/28/2022<br>*Received: 11/28/2022* | **Processed**<br>Confirmation Notice |

| 32 | [EXHIBIT(S)](#) - 1 (Motion #002)<br>*Summons and Complaint and Notice of Pendency* | MASTROGIACOMO, ROBERT J<br>Filed: 11/28/2022<br>*Received: 11/28/2022* | **Processed**<br>[Confirmation Notice](#) |
| 33 | [EXHIBIT(S)](#) - 2 (Motion #002)<br>*Affidavits of Service* | MASTROGIACOMO, ROBERT J<br>Filed: 11/28/2022<br>*Received: 11/28/2022* | **Processed**<br>[Confirmation Notice](#) |
| 34 | [EXHIBIT(S)](#) - 3 (Motion #002) | MASTROGIACOMO, | **Processed** |

**SEE BELOW E-COURTS SHOWING MOTIONS AND DECISIONS. MOTION 9 TO 12 WERE THE DEFENDANT MOTIONS AND THEY WERE ALL DECLINED TO BE SIGN. MOTION 8 IS DEFENDANT MOTION AND THERE IS NO DECISION.**



**New York State Unified Court System**



## *WebCivil Supreme - Motion Detail*

Court: **Queens Supreme Court**
Index Number: **703758/2022**
Case Name: **MMG INVESTMENTS III LLC vs. ACCEL MOTORS INC. et al**
Case Type: **RP-Mortgage Foreclosure-Commercial**
Track: **Standard**

**Motion Information:**

| Motion Number | Date Filed | Filed By | Relief Sought | Submit Date | Answer Demanded | Status | Decision | Order Signed Date |
|---|---|---|---|---|---|---|---|---|
| 12 | 10/09/2025 | DEFENDANT | Appoint - Fiduciary | 10/09/2025 | No | Decided: 10/09/2025 Declined to Sign Before Justice: Esposito, Hon. Joseph J. | Short Form Order | |
| 11 | 09/16/2025 | DEFENDANT | Compel | 09/18/2025 | No | Decided: 09/18/2025 Declined to Sign Before Justice: Esposito, Hon. Joseph J. | Short Form Order | |
| 10 | 09/05/2025 | DEFENDANT | Other | 09/05/2025 | No | Decided: 09/05/2025 Declined to Sign Before Justice: Esposito, Hon. Joseph J. | | |
| 9 | 08/01/2025 | DEFENDANT | Other | 08/04/2025 | No | Decided: 08/04/2025 Declined to Sign Before Justice: | Oral | |

| | | | | | | | | Esposito, Hon. Joseph J. | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 8 | 07/24/2025 | DEFENDANT | Other | | | No | | | | |
| | | | | | | | | Before Justice: Esposito, Hon. Joseph J. | | |
| 7 | 07/21/2025 | | Attorney - Disqualify/Relieve/Substitute/Withdraw | 09/10/2025 | No | | Decided 09/12/2025 Granted | Short Form Order | |
| | | | | | | | | Before Justice: Esposito, Hon. Joseph J. | | |

**SEE BELOW E COURTS MOTION 1 TO 6. MOTION 5 AND 6 ARE DEFENDANT MOTION AND NO DECISION. LITERALLY EVERY DEFENDANT MOTION IS EITHER DECLINED TO SIGN OR NO DECISION ISSUED AND SOME SINCE 3/24/2025. INTENTIONALLY NO RELIEF PROVIDED TO DEFENDANTS BECAUSE THEY ARE DETERMINED TO STEAL MY PROPERTY. PLAINTIFF MOTIONS ARE ALL DECIDED.**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 6 | 06/30/2025 | DEFENDANT | Restore | | Yes | | | Before Justice: Esposito, Hon. Joseph J. | |
| 5 | 03/24/2025 | DEFENDANT | Dismiss | | Yes | | | Before Justice: Esposito, Hon. Joseph J. | |
| 4 | 11/01/2023 | | Judgment - Foreclosure & Sale | 08/21/2024 | No | Decided: 12/11/2024 Denied Before Justice: Esposito, Hon. Joseph J. | Short Form Order | | |
| 3 | 10/02/2023 | | Appoint - Fiduciary | 08/21/2024 | No | Decided: 07/14/2025 Signed Before Justice: Esposito, Hon. Joseph J. | Long Form Order | 07/14/2025 | |
| 2 | 11/28/2022 | | Appoint - Referee | 01/09/2023 | Yes | Decided: 02/07/2023 Granted Before Justice: Ventura, Hon. Lourdes M. | Memorandum– Settle Order/Judgment | 05/31/2023 | |
| 1 | 09/30/2022 | | Order of Reference/Referee to Compute | 11/14/2022 | No | Decided: 11/14/2022 Marked Off Before Justice: Ventura, Hon. Lourdes M. | Oral | | |

Close

**SEE BELOW NYSCEF LIST SHOWING THE ZERO BEFOR MOTIONS AND THE DECLINE TO SIGN. ALSO IT SHOWS THAT JEREMY WEINSTEIN NEVER FILED A NOTICE OF APPEARANCE AND THE BOND**

**UNDERTAKING DOESN'T EXIST IN THE COURT INTERNAL CASE MANAGEMENT SYSTEM.**

| # | Document | Filed By | Status |
|---|----------|----------|--------|
| 151 | ORDER TO SHOW CAUSE - DECLINED/WITHDRAWN (Motion #010) *DECLINED TO SIGN* | Court User Filed: 09/05/2025 Received: 09/05/2025 | **Processed** Confirmation Notice |
| 152 | AFFIDAVIT OR AFFIRMATION IN OPPOSITION TO ORDER TO SHOW CAUSE (Motion #007) *Plaintiffs Limited Opposition To Motion* | LAPA, DAVID Filed: 09/09/2025 Received: 09/09/2025 | **Processed** Confirmation Notice |
| 153 | AFFIRMATION (Motion #007) *Pro Se Affirmation in Reply to Limited Opposition served by defendant Mehdi Moslem upon David M. Har ... show more* | HARRISON, DAVID MARK Filed: 09/10/2025 Received: 09/10/2025 | **Processed** Confirmation Notice |
| 154 | ORDER - MOTION- SHORT FORM (Motion #007) | Court User Filed: 09/15/2025 Received: 09/15/2025 | **Processed** Confirmation Notice |
| 155 | BOND/UNDERTAKING | WEINSTEIN, JEREMY S. Filed: 09/15/2025 Received: 09/15/2025 | **Processed** Confirmation Notice |
| 156 | ORDER TO SHOW CAUSE ( PROPOSED ) (Motion #011) *\*Corrected\** | Court User Filed: 09/16/2025 Received: 09/16/2025 | **Processed** Confirmation Notice |
| 157 | BOND/UNDERTAKING | Court User Filed: 09/16/2025 Received: 09/16/2025 | **Processed** Confirmation Notice |
| 158 | UNSIGNED ORDER TO SHOW CAUSE (Motion #011) *Declined to sign* | Court User Filed: 09/18/2025 Received: 09/18/2025 | **Processed** Confirmation Notice |
| 159 | NOTICE OF ENTRY (Motion #007) | Court User Filed: 09/19/2025 Received: 09/19/2025 | **Processed** Confirmation Notice |
| 160 | AFFIRMATION/AFFIDAVIT OF SERVICE *Proof of Service of Order With Notice of Entry* | HARRISON, DAVID MARK Filed: 10/02/2025 Received: 10/02/2025 | **Processed** Confirmation Notice |
| 161 | EXPARTE ORDER (PROPOSED) (Motion #012) | WEINSTEIN, JEREMY S. Filed: 10/08/2025 Received: 10/08/2025 | **Processed** Confirmation Notice |
| 162 | AFFIDAVIT OR AFFIRMATION IN SUPPORT OF PROPOSED OSC/EXPARTE APP (Motion #012) *Ex-Parte Application to Appoint Receiver's Counsel* | WEINSTEIN, JEREMY S. Filed: 10/08/2025 Received: 10/08/2025 | **Processed** Confirmation Notice |
| 163 | DECISION + ORDER ON MOTION (Motion #012) *DECLINE TO SIGN* | Court User Filed: 10/14/2025 Received: 10/14/2025 | **Processed** Confirmation Notice |
| 164 | EXPARTE ORDER (PROPOSED) | | *Returned For Correction* |
| 165 | AFFIDAVIT OR AFFIRMATION IN SUPPORT OF PROPOSED OSC/EXPARTE APP *Ex Parte Emergency Affirmation In Support* | Moslem, Mehdi(Pro Hac / Pro Se) Filed: 11/07/2025 Received: 11/07/2025 | **Processed** Confirmation Notice |
| 166 | MEMORANDUM OF LAW IN SUPPORT *Ex Parte Memorandum Of Law In Support* | Moslem, Mehdi(Pro Hac / Pro Se) Filed: 11/07/2025 Received: 11/07/2025 | **Processed** Confirmation Notice |
| 167 | EXHIBIT(S) - 1 *Exhibit List* | Moslem, Mehdi(Pro Hac / Pro Se) Filed: 11/07/2025 Received: 11/07/2025 | **Processed** Confirmation Notice |
| 168 | EXHIBIT(S) - A *NYSCEF # 2 ( Ex. N ) pg. 155 - True Original Mortgage Schedule* | Moslem, Mehdi(Pro Hac / Pro Se) Filed: 11/07/2025 Received: 11/07/2025 | **Processed** Confirmation Notice |
| 169 | EXHIBIT(S) - B *NYSCEF # 2 ( Ex. S ) pg. 250 - Fabricated Mortgage Schedule* | Moslem, Mehdi(Pro Hac / Pro Se) Filed: 11/07/2025 Received: 11/07/2025 | **Processed** Confirmation Notice |

| | | | |
|---|---|---|---|
| 170 | EXHIBIT(S) - C<br>*NYSCEF # 1 - Original Complaint* | Moslem, Mehdi(Pro Hac /<br>Pro Se)<br>Filed: 11/07/2025<br>*Received: 11/07/2025* | **Processed**<br>Confirmation Notice |
| 171 | EXHIBIT(S) - D<br>*NYSCEF # 2 ( Ex. T ) pgs. 252,253 - Fraudulent Demand Letter* | Moslem, Mehdi(Pro Hac /<br>Pro Se)<br>Filed: 11/07/2025<br>*Received: 11/07/2025* | **Processed**<br>Confirmation Notice |
| 172 | EXHIBIT(S) - E<br>*NYSCEF # 45 - Santander to CIO Assignment* | Moslem, Mehdi(Pro Hac /<br>Pro Se)<br>Filed: 11/07/2025<br>*Received: 11/07/2025* | **Processed**<br>Confirmation Notice |
| 173 | EXHIBIT(S) - F<br>*NYSCEF # 46 - CIO to MMG Assignment* | Moslem, Mehdi(Pro Hac /<br>Pro Se)<br>Filed: 11/07/2025<br>*Received: 11/07/2025* | **Processed**<br>Confirmation Notice |

NYSCEF REQUIRES A NOTICE OF APPEARANCE TO PROCEED AS SHOWN BELOW. WITHOUT A NOTICE OF APPEARANCE THE ATTORNEY NOR THEIR FILED DOCUMENTS LEGALLY EXIST. THEY DON'T LEGALLY EXIST IN NYSCEF AND THEY DON'T EXIST AT ALL IN THE COURT INTERNAL CASE MANAGEMENT SYSTEM. THE DOCUMENTS FILED ARE NOT CORRELATED OR LINKED TO THE ATTORNEY IF THEY DONT FILE A NOTICE OF APPEARANCE. THEY ARE ESSENTIALLY FOR SHOW IN NYSCEF BUT NOT LEGALLY FILED AND THEY ARE NOT FOUND IN THE COURT INTERNAL CASE MANAGEMENT SYSTEM.

**NYSCEF INTAKE FORM** – a document generated when an unrepresented litigant files to a non e-filed matter.

Both the NYSCEF Intake and NYSCEF Intake Form are documents automatically generated by NYSCEF that contain the case information the filer has entered, including the file and docket number the filer wants to files these documents to.

The reason for the creation of two separate forms is because:

**NYSCEF INTAKE** – Will require an attorney to e-file a Notice of Appearance, whether or not there is a Notice of Appearance in the UCMS

**NYSCEF INTAKE FORM** – will require an unrepresented litigant to e-file an image of their photo ID.

Here's the differences in a chart:

| Document Type | Filed By | Other Document Required to Proceed |
|---|---|---|
| NYSCEF Intake | Attorney | Notice of Appearance |
| NYSCEF Intake Form | Unrepresented Litigant | Copy of a Photo ID |

These two documents are **essential** to this new functionality for 2 main reasons:

1. The clerk will use the information in these documents to find the case that already exists in UCMS.
2. Processing these two documents will generate a NYSCEF identifier(s) that the clerk may use to link UCMS and NYSCEF, as they would the Petition/Initial Petition.

**10.12 MB**   15 embedded images

Summons .png 539.34 KB     Complaint .png 310.04 KB     No Notice of appearance .png 677.12 KB

Affidavit of Service .png 641.02 KB     DKt #16 date and time stamp.png 523.30 KB

DKt #16 Court Processed Confirmation Notice .png 494.83 KB     DKt #16 illegally changed .png 548.98 KB

DKt #81 Court Processed Confirmation Notice .png 311.14 KB

DKt #81 Court Processed Confirmation Notice  2.png 486.93 KB     DKt #81 illegally changed .png 398.28 KB

Motion #001 and #002.png 516.58 KB     Motion 7 to 12.png 423.72 KB     Motion 1 to 6.png 211.64 KB

Decline to sign .png 584.66 KB     NYSCEF NOTICE OF APPEARANCE .png 3.61 MB